### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **TINH VAN NGUYEN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-323-JD** |
| | ) | |
| **WARDEN OF DIAMONDBACK** | ) | |
| **CORRECTIONAL FACILITY et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

### ORDER

The Court has received the Petition for Writ of Habeas Corpus submitted on behalf of the Petitioner by counsel Tiffany Walker-Killip on February 20, 2026. *See* ECF No. 1. It appears counsel for Petitioner is not a resident of, and does not maintain an office in Oklahoma, she is therefore required to comply with LCvR83.3(a), which requires association of nonresident counsel with local counsel. Further, if counsel for Petitioner is not admitted to practice before this court, an application to be admitted *pro hac vice* in accordance with LCvR 83.2(g) must also be submitted. Counsel is additionally required to file an entry of appearance pursuant to Local Civil Rule 83.4.

ACCORDINGLY, Petitioner's Counsel shall address these matters no later than **March 2, 2026**. Failure to comply with this Order may result in the dismissal of this action.

**IT IS SO ORDERED** on February 26, 2026.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE