**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

TINH VAN NGUYEN,                          )
                                          )
                    Petitioner,           )
                                          )
v.                                        )        Case No. CIV-26-00323-JD
                                          )
WARDEN OF DIAMONDBACK                     )
DETENTION FACILITY, et al.,               )
                                          )
                    Respondents.          )

**JUDGMENT**

Pursuant to the Court's Order filed today, the Court dismisses without prejudice

Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1].

Entered this 21st day of April 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE